**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

CARRIE M. ROAT,                        )
                                       )
             Plaintiff,                )
                                       )
      v.                               )        No. 04-3108-CV-S-FJG
                                       )
GREGORY E. THOMPSON,                   )
in his individual capacity,            )
                                       )
             Defendant.                )

# ORDER

On June 9, 2005, this Court issued an order (Doc. #33), directing the plaintiff to show cause in writing on or before June 20, 2005, why this matter should not be dismissed for failure to prosecute. Plaintiff was cautioned that failure to respond to this Order could result in dismissal of this action. To-date, plaintiff has not responded to this order. Therefore, the Court orders the above-captioned matter dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**/S/FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge

Dated: __June 28, 2005__
Kansas City, Missouri

1